IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| MONTIE SHY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 1:15-CV-172-P-BL |
| | § | |
| ALLIED PROPERTY AND CASUALTY INSURANCE COMPANY, | § | |
| | § | |
| Defendant. | § | Referred to U.S. Magistrate Judge |

## ORDER

Based on the Agreed Stipulation of Dismissal with Prejudice (Doc. 41) signed by counsel for both parties, the Court dismisses this action with prejudice as provided by Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear its own costs and expenses.

Dated December 2, 2016.

_____
E. SCOTT FROST
UNITED STATES MAGISTRATE JUDGE